IN THE UNITED STATES COURT OF
APPEALS FOR THE SIXTH CIRCUIT

DEMOND LILES,                          )
                    *Petitioner-Appellant*,        )
                                       )
                                       )
                                       )
                                       ) Case No. 25-3529
v.                                     )
                                       )
V. MICHAEL FISHER, WARDEN              )
                    *Respondent-Appellee*.         )

## APPELLANT'S MOTION FOR STUDENTS TO PRESENT ORAL ARGUMENT

Daniel S. Harawa requests that the Court allow Mugdha Gurram and Benjamin Perelmuter, third-year law students at New York University School of Law, to present oral argument on behalf of appellant Demond Liles.

1.      Ms. Gurram and Mr. Perelmuter are qualified under 6th Cir. R. 46(d) to appear on behalf of the appellant. The appropriate certifications have been filed with the Court (*see* ECF Nos. 21-24), and are also attached to this motion for this Court's convenience.

2.      Ms. Gurram and Mr. Perelmuter are students in the Federal Appellate Clinic at New York University School of Law for the 2025–2026 academic year. They have worked on this case as part of a supervised-research program and have

taken leading roles in analyzing the arguments in the appellee's brief and drafting the reply brief.

3.      Ms. Gurram and Mr. Perelmuter are familiar with the record in this case, including the authorities cited by both parties.

4.      Ms. Gurram and Mr. Perelmuter would present arguments in the presence of the counsel of record and would be introduced by the counsel of record, who is admitted to practice before this Court.

Dated: March 12, 2026

Respectfully submitted,

/s/ Daniel S. Harawa
Daniel S. Harawa
*Counsel of Record*
Adam B. Murphy
New York University School of Law
245 Sullivan Street, Fifth Floor
New York, NY 10012

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that this motion complies with the typeface and type-style requirements of F. R. App. P. 27(d), 32(a)(5), and 32(a)(6). In compliance with F. R. App. P. 27(d)(2), this motion contains 230 words.

/s/ Daniel S. Harawa
Daniel S. Harawa

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2026, I electronically filed the foregoing APPELLANT's MOTION FOR STUDENTS TO PRESENT ORAL ARGUMENT with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Daniel S. Harawa
Daniel S. Harawa

FEDERAL APPELLATE CLINIC
# WASHINGTON SQUARE LEGAL SERVICES, INC.
245 SULLIVAN STREET, 5th FLOOR, NEW YORK, NY 10012, USA
TEL: +1-212 998-6430 - FAX: +1-212- 995-4031

DANIEL HARAWA
*Professor & Supervising Attorney*

ADAM MURPHY
*Clinical Teaching Fellow & Supervising Attorney*

February 17, 2026

Kelly L. Stephens, Clerk
Office of the Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

**Re: Mugdha Gurram**

Dear Ms. Stephens:

I am a law student at New York University School of Law, and I am participating in the Federal Appellate Clinic. I certify under 6 Cir. R. 46(d) that I have read and agree to abide by the rules of the court, applicable codes of professional responsibility including the Rules of Professional Conduct in force in New York, and other relevant practice rules.

Sincerely,

Mugdha Gurram

 **NYU LAW**

**MICHELLE L. KIRKLAND**
*Assistant Dean for Academic Services and Registration*

**School of Law**
245 Sullivan Street, Suite 400
New York, NY 10012-1031

**P:** 212 998 6020
**F:** 212 995 4535

law.acadservices@nyu.edu
law.nyu.edu/academicservices

February 18, 2026

To Whom It May Concern:

Re: Mugdha H. Gurram

This is to certify that the above referenced student is enrolled as a full-time student in the Juris Doctor program at New York University School of Law from Fall 2023 through Spring 2026 semesters.

Mugdha H. Gurram has been a student in good academic standing since the commencement of her studies in Fall 2023.

Mugdha H. Gurram's anticipated degree date is May 14, 2026.

If you should have any further questions or inquiries regarding this student, please do not hesitate to contact our office.

Sincerely,

Michelle L. Kirkland

Demond Liles v. V. Michael Fisher                           Case No. 25-3529

## SPECIAL NOTICE OF APPEARANCE

Please be advised that Daniel Harawa and Adam Murphy appear as attorneys for Mr. Demond Liles and are acting as supervising attorneys for Mugdha Gurram, a law student who satisfies the requirement for student practice under 6 Cir. R. 46(D)

The supervising attorney and law student have read and agree to abide by 6 Cir. R. 46(d)

_____                    2/17/26
Daniel Harawa                                               Date

Supervising Attorney

_____                    2/17/26
Adam Muphy                                                  Date

Supervising Attorney

_____                    2/18/26
Mugdha Gurram                                               Date

Law Student

I authorize Mugdha Gurram, who is being supervised by attorneys Daniel Harawa and Adam Murphy, to appear in court and other proceedings on my behalf and to prepare documents on my behalf. Mr. Harawa and Mr. Murphy must be present when the law student appears in court.

_____                    2-13-26
Mr. Demond Liles                                         Date

FEDERAL APPELLATE CLINIC
# WASHINGTON SQUARE LEGAL SERVICES, INC.
245 SULLIVAN STREET, 5th FLOOR, NEW YORK, NY 10012, USA
TEL: +1-212 998-6430 - FAX: +1-212- 995-4031

DANIEL HARAWA
*Professor & Supervising Attorney*

ADAM MURPHY
*Clinical Teaching Fellow & Supervising Attorney*

February 17, 2026

Kelly L. Stephens, Clerk
Office of the Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

**Re: Benjamin Perelmuter**

Dear Ms. Stephens:

I am a law student at New York University School of Law, and I am participating in the Federal Appellate Clinic. I certify under 6 Cir. R. 46(d) that I have read and agree to abide by the rules of the court, applicable codes of professional responsibility including the Rules of Professional Conduct in force in New York, and other relevant practice rules.


Sincerely,

*Benjamin Perelmuter*

Benjamin Perelmuter

 **NYU|LAW**

**MICHELLE L. KIRKLAND**  **School of Law**
*Assistant Dean for Academic*  245 Sullivan Street, Suite 400
*Services and Registration*  New York, NY 10012-1031

**P:** 212 998 6020
**F:** 212 995 4535

law.acadservices@nyu.edu
law.nyu.edu/academicservices

February 18, 2026

To Whom It May Concern:

Re: Benjamin F. Perelmuter

This is to certify that the above referenced student is enrolled as a full-time student in the Juris Doctor program at New York University School of Law from Fall 2023 through Spring 2026 semesters.

Benjamin F. Perelmuter has been a student in good academic standing since the commencement of his studies in Fall 2023.

Benjamin F. Perelmuter's anticipated degree date is May 14, 2026.

If you should have any further questions or inquiries regarding this student, please do not hesitate to contact our office.

Sincerely,

Michelle L. Kirkland

Demond Liles v. V. Michael Fisher                                    Case No. 25-3529

## SPECIAL NOTICE OF APPEARANCE

Please be advised that Daniel Harawa and Adam Murphy appear as attorneys for Mr. Demond Liles and are acting as supervising attorneys for Benjamin Perelmuter, a law student who satisfies the requirement for student practice under 6 Cir. R. 46(d)

The supervising attorney and law student have read and agree to abide by 6 Cir. R. 46(d)

_____          2/17/26
Daniel Harawa                                                    Date

Supervising Attorney


_____          2/17/26
Adam Muphy                                                      Date

Supervising Attorney


_____          ·2/19/26
Benjamin Perelmuter                                             Date

Law Student

I authorize Benjamin Perelmuter, who is being supervised by attorneys Daniel Harawa and Adam Murphy, to appear in court and other proceedings on my behalf and to prepare documents on my behalf. Mr. Harawa and Mr. Murphy must be present when the law student appears in court.

_____          2-13-26
Mr. Demond Liles                          Date